THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ALTON HICKOX, Respondent.

Argued June 20, 1939; decided July 11, 1939.

*Royal D. Woolsey, District Attorney* for appellant.
*Howard Zeller* for respondent.
Order affirmed; no opinion.
·Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: O'BRIEN, J.